UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ADVANCED MARKETING,
INTERNATIONAL, INC.,

    Plaintiff,

-vs-                                              Case No.  5:06-cv-15-Oc-10GRJ

DONALD FERGUSON, GAELLE
LIEBERMAN, JAMES CANTRELL,
CYNTHIA CANTRELL, KENNETH
KNEZEK, ROBERT BEAN, JAMES
CAMPIDILLI, AND HY CITE
CORPORATION,

    Defendants.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 42) recommending that the Plaintiff's Motion to Remand (Doc. 31) be granted.  The Defendants have not filed objections to the Magistrate Judge's Report and Recommendation, and the time for doing so has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 42) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's Motion to Remand (Doc. 31) is GRANTED; and

(3) the Clerk is directed to take all necessary steps to remand this case to the court from which it was removed.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 14th day of June, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record